which Judgment, the Appellant claimed his Appeal to yᵉ King in Council.

*Qu.* whether there is any Reliance to be made on a contemporaneous Expofition of Laws, unlefs fuch Expofition has been made, *feriatim*, by the King's *Judges.* — Now fuch Expofition was never pretended : — And if the Laws will not warrant certain Proceedings, can any Practice whatever eftablifh them againft Law ?

———— " *Marcellus* ————
" *Ingreditur* — *Viros fupereminet omnes.*"

---

## Apthorp *verf.* Shepard.

### *Special Verdict.*

*Indebitatus Affumpfit will not lie upon an Account which has been adjufted by the Parties, and where a Note has been given for the Balance.*

INDEBITATUS ASSUMPSIT for Merchandife. The Cafe was : Goods were delivered in A. D. 17—. Afterwards an Abatement was made, the *Account adjufted*, and a Note given for the Balance; but this Action was brought upon the open Account. (1)

It

(1) This action was brought by Apthorp, as furviving partner of the firm of Apthorp & Wheelwright, againft the defendant and one Miller (not ferved). The fpecial verdict found that Shepard & Miller had paid part of the account, " befides a deduction allowed for damaged goods and overcharge," " that the parties fettled and adjufted their accounts as above, and the appellee Shepard gave his promiffory note negotiable and endorfed, and which is in the cafe for faid ballance, payable on demand," and that Apthorp & Wheelwright gave credit to Shepard & Miller therefor.

It was urged for the Defendant that, where there had been an Adjuftment, no Action would lie upon the *open* Account; but *Infimul Computaffent* was the only Action. To fupport which, 2 Mod. 43, 44, *Millwood & Ingraham*, was cited by Mr. Auchmuty.

But it was anfwered, that yᵉ fame Cafe is in 1ft Mod. 205, 206 — where there is but *one Debt*, an Adjuftment will not deftroy yᵉ original Contract, and the fame Remedy remains as before fuch Adjuftment. And, in 12 Mod. 537, 538, *May* v. *King*, the Cafe of *Millwood & Ingraham* is denied by Holt to be Law. Alfo Fitzgib. 44.; 1 Salk. 124.; Cafes in Law & Eq. (or 8 Mod.) 290; Str. 426; 1 Burrow, 9, *Rhoads* vs. *Barnes ;* Ibid. 375 ; & Hob. 68 were cited.

*The Court* took Time to advife. Afterwards the *Chief Juftice* delivered the Opinion of the *Court* (which he faid was unanimous,) that this Action after Adjuftment would not lie. He alfo informed the Bar that the Court, in forming their Opinion, had Regard to the following Cafes offered by *Judge Trowbridge*, which were not produced by the Council on Argument: Far. (2) 139; 1 Show. 155, 156; Mod. Cafes, 36 ; 2 Salk. 442 ; 12 Mod. 86; Ld. Raym'd. 680 — and alfo 1 Mod. 261 — ftated Accounts may be pleaded in Bar of an Action of Covenant, &c. (3)

Memorandum.

---

(2) 7 Mod.

(3) The objection taken by Mr. Auchmuty was, that the action fhould have been *infimul computaffent* on the adjufted account. But from the authorities cited by Judge Trowbridge, it would feem that he at
leaft

1768.

MEMORAN-
DUM.

## Memorandum.

Jonathan Sewall, Efq'r., being now fixed Attorney General, we hear Nothing more at Prefent, of a *Special* Attorney *General*, or of the novel Office of Solicitor General. (1) *Vide ante*, p. 241.

---

leaft inclined to place the decifion on the broader ground that the note given by Shepard was a payment, and extinguifhed the original claim againft the firm. This would be in accordance with law as now eftab-lifhed, and in oppofition to the cafe of *Patefhall* v. *Apthorp*, ante 179, decided before Judge Trowbridge took his place on the bench.

(1) The next incumbent of this newly created office was Samuel Quincy, elder brother of the reporter. See *poft*, April Term, Middlefex, 1772.